## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

LATRIECE DENEE JONES,

     Plaintiff,

v.

                                   Case No. 2:25-cv-03175-MSN-cgc
                                   JURY DEMAND

NATIONAL CREDIT SYSTEMS, INC.,
EQUIFAX INFORMATIONA SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
and TRANSUNION, LLC.,

     Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (ECF No. 28, "Report"), entered April 21, 2026, addressing Motions to Dismiss (ECF Nos. 17 & 22) filed by Defendants Equifax Information Services, LLC ("Equifax") and TransUnion, LLC ("TransUnion"). The Report recommends denying Defendants' Motions to Dismiss because Plaintiff's Amended Complaint (ECF No. 23) was timely filed and is now the operative pleading. (ECF No. 28 at PageID 95.) Equifax and TransUnion had fourteen (14) days after being served to file objections. Neither defendant has submitted any objections.

### STANDARD OF REVIEW

Congress enacted 28 U.S.C. § 636 to relieve the burden on the federal judiciary by permitting the assignment of district court duties to magistrate judges. *See United States v. Curtis*, 237 F.3d 598, 602 (6th Cir. 2001) (citing *Gomez v. United States*, 490 U.S. 858, 869–70 (1989)); *see also Baker v. Peterson*, 67 F. App'x 308, 310 (6th Cir. 2003). For dispositive matters, "[t]he

district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. §636(b)(1). After reviewing the evidence, the court is free to accept, reject, or modify the magistrate judge's proposed findings or recommendations. 28 U.S.C. § 636(b)(1). The district court is not required to review—under a *de novo* or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *See id.* at 151.

## DISCUSSION

The Court has reviewed the Report and the entire record in this matter and finds no clear error in the Magistrate Judge's analysis or conclusions.  The Magistrate Judge warned that:

> ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF THE OPPORTUNITY TO RAISE OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.

(ECF No. 28 at PageID 95.)  Despite this clear warning, no objections were filed.  As a result, the Motions to Dismiss (ECF No. 17 & 22) must be denied.

## CONCLUSION

Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (ECF No. 28) in its entirety.  Equifax and TransUnion's Motions to Dismiss (ECF Nos. 17 & 22) are **DENIED**.

**IT IS SO ORDERED**, this 30th day of June, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

2